Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 OCT -8 PM 1: 47

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-20227 |
| --- | --- |
| DANIEL BERNARD ZUKAITIS JR.<br>ANNETTE MARIE ZUKAITIS | Chapter 7<br><br>Judge: WILLIAM T. THURMAN |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

\_\_\_\_ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 4 | Bank of the Cascades<br>1070 NW Bond Street Ste 301<br>Bend OR 97701 | 4.01 |

3

A check in the amount of $4.01 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 25th day of September, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 25th day of September, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 8411

ANDRES DIAZ
RED ROCK LEGAL SERVICES P.L.L.C.
P.O. BOX 165165
SALT LAKE CITY, UT 84116

_____

Date: 09/25/10

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 09-20227 - ZUKAITIS JR., DANIEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Bank of the Cascades**<br>**1070 NW Bond Street Ste 301**<br>**Bend OR 97701** | 000004 | 242.91 | 4.01 |
| ---------- Remittance Total --------------- | | 242.91 | 4.01 |

*[signature]*

PHILIP G. JONES, Trustee